**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:
JORDANO MACIEL                                     Case No.: 23-20677 LMI
   Debtor.                                         Chapter 13
_____/

## MOTION FOR AVOIDANCE OF JUDICIAL LIEN ON EXEMPT PROPERTY

COMES NOW, the Debtor, JORDANO MACIEL, by and through undersigned counsel herein files this their Motion pursuant to 11 U.S.C. Section 522(f) and 4003 for Avoidance of Judicial Lien on Exempt property and in support thereof states as follows:

1.  On December 26, 2023, Debtor filed a case under Chapter 13 of the Bankruptcy Code.

2. Amerant Bank, N.A. f/k/a Mercantil Comercebank, N.A., hereinafter "Creditor", is an unsecured creditor listed in Schedule F of the Petition.

3.  The Creditor holds a prepetition Final Judgment against Debtor in the case styled *Mercantil Commercebank, N.A. vs Jordano Maciel, et al.,* Miami Dade County Circuit Court, Florida, case number 2022-015734-CA-01.

4.  The Final Judgment was titled and recorded on August 15, 2023, in the Public Records of Miami Dade County, Florida, Official Records Book 33837 on page 2339. See attached Exhibit "A".

5. The Corrected Final Judgment was titled and recorded on October 3, 2023, in the Public Records of Miami Dade County, Florida, Official Records Book 33909 on page 3578. See attached Exhibit "A".

6.  Debtor claimed his homestead as exempt property on Schedule C under Fla. Const., Article X Section 4 (a) (1) and the homestead is impaired by the Final Judgment.

7. The physical description of Debtor's homestead exempt property as listed in schedule C of the Petition is 19830 NE 10th Pl, Miami, FL 33179 hereinafter "Property", with a legal description as follows:

> **Lot 19, Block 11, Ives Estates Section One, a subdivision of according to the plat thereof recorded at Plat Book 57, Page 74, in the Public Records of Miami-Dade County, Florida.**

8.  The Final Judgment impairs an exemption to which Debtor will otherwise be entitled to under the Bankruptcy Code.  See In re Bradlow, 119 Bankr. 330 (Bankr. S.D. Fla. 1990);  In re Calandriello, 107 Bankr. 374 (Bankr. M.D. Fla. 1989).

9.  The Final Judgment was created and perfected after the homestead property was created.

**WHEREFORE**, Debtor respectfully requests that this Court enter an Order Granting the Motion to Avoid Judicial Lien declaring the Judgment null and void and whatever other relief it deems just and reasonable.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

> Law Offices of Samir Masri
> 901 Ponce de Leon Blvd., Suite 101
> Coral Gables, FL  33134
> Tel (305) 445-3422
>
>
> By:   *s/ Samir Masri*
>       Samir Masri, Esquire
>       FBN: 145513

EXHIBIT "A"

CFN: 20230568707 BOOK 33837 PAGE 2339
DATE:08/15/2023 01:32:10 PM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2022-015734-CA-01
SECTION: CA22
JUDGE: Beatrice Butchko

**MERCANTIL COMMERCEBANK N.A.**

Plaintiff(s)

vs.

**CABLE & DATA MANAGMENT, INC. et al**

Defendant(s)

_____/

## SUMMARY JUDGMENT

THIS CAUSE, came to be heard on July 28, 2023, on the Plaintiff's Motion for Default Judgment. Upon hearing argument of counsel and being advised in its premises it is ordered and adjudged as follows:

## FINDING

1. Amerant Bank N.A. is a National Banking Association that has undergone several name changes over the years, from Mercantil Commercebank N.A., to Mercantil Bank N.A., to Amerant Bank N.A.

2. On October 24, 2020, the Defendant, CABLE & DATA MANAGEMENT, INC. executed and delivered a Promissory Note , Security Agreement, and Loan Agreement for the amount $34,990.00 to Plaintiff

3. The Defendant, CABLE & DATA MANAGEMENT, INC. failed to pay the monthly payments due on March 22, 2022 and for all subsequent months thereafter

4. No Notice of Default was required to be sent to the Defendant under the terms of the Business Loan Agreement

CFN: 20230568707 BOOK 33837 PAGE 2340

5. On October 2, 2020, the Defendant, CABLE & DATA MANAGEMENT, INC. executed and delivered a Promissory Note, Security Agreement and Loan Agreement for the amount $28,800.00 to Plaintiff

6. The Defendant, CABLE & DATA MANAGEMENT, INC. failed to pay the monthly payments due on June 2, 2022 and for all subsequent months thereafter

7. No Notice of Default was required to be sent to the Defendant under the terms of the Promissory Note

8. The Plaintiff, MERCANTIL COMMERCEBANK N.A. N/K/A AMERANT BANK N.A., declares the full amount payable under the Promissory Note to be due

9. On November 12, 2020, the Defendants . executed and delivered a Promissory Note, Security Agreement and Loan Agreement for the amount $34,995.00 to Plaintiff

10. The Defendant, CABLE & DATA MANAGEMENT, INC. failed to pay the monthly payments due on June 12, 2022 and for all subsequent months thereafter

11. No Notice of Default was required to be sent to the Defendant under the terms of the Promissory Note

12. The Plaintiff, MERCANTIL COMMERCEBANK N.A. N/K/A AMERANT BANK N.A., declares the full amount payable under the Promissory Note

13. JORDANO MACIEL executed and delivered Guaranty for the Performance of the Defendant, CABLE & DATA MANAGEMETN, INC. and is liable for the same sums due and owing.

14. The Plaintiff has provided payoffs and ledgers listing the amounts due which the court found to be accurate and reflecting all the sums due and owing.

15. The Court finds that the Plaintiff was not required to pursue a bad check made by a Third

CFN: 20230568707 BOOK 33837 PAGE 2341

Party to pay the Defendant's outstanding debt

## RULING

16. The Plaintiff, MERCANTIL COMMERCEBANK N.A. N/K/A AMERANT BANK N.A., shall have and recover from the Defendants, CABLE & DATA MANAGEMENT, INC. and JORDAN MACIEL the sum of $97,608.07 which shall bear interest at the rate of 7.69% per year and at the statutory rate thereafter, for all of which let execution issue.

17. The court reserves jurisdiction for the determination of attorney fees and costs.

18. It is further ORDERED AND ADJUDGED that, pursuant to the Florida Rules of civil Procedure 1.560 (c) the judgment debtor(s) shall complete under oath Florida Rule of Civil Procedure Form 1.977, Fact Information Sheet, (attached to Defendant's copy of this judgment), including all required attachments and serve it on the judgment creditor's attorney within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

19. This Court reserves jurisdiction for enforcement of the Judgment and to ensure compliance with its terms.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>10th day of August, 2023</u>.

<u>2022-015734-CA-01 08-10-2023 2:49 PM</u>
Hon. Beatrice Butchko

**CIRCUIT COURT JUDGE**
Electronically Signed

CFN: 20230568707 BOOK 33837 PAGE 2342

Final Order as to All Parties SRS #: **12** (Other)

THE COURT DISMISSES THIS CASE AGAINST ANY PARTY NOT LISTED IN THIS
FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES.

**Electronically Served:**
Michele Hepburn, michele.hepburn@miamidade.gov
Samir Masri, masrilaw@aol.com
Victor K Rones, law@victorkronespa.com
Victor K Rones, jrones@victorkronespa.com

**Physically Served:**

CFN: 20230703077 BOOK 33909 PAGE 3578
DATE:10/03/2023 11:54:31 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2022-015734-CA-01
SECTION: CA22
JUDGE: Beatrice Butchko

**MERCANTIL COMMERCEBANK N.A.**

Plaintiff(s)

vs.

**CABLE & DATA MANAGMENT, INC. et al**

Defendant(s)

_____ /

## CORRECTED SUMMARY FINAL JUDGMENT

THIS CAUSE, came to be heard on July 28, 2023, on the Plaintiff's Motion for Default Judgment. Upon hearing argument of counsel and being advised in its premises it is ordered and adjudged as follows:

## FINDING

1. Amerant Bank N.A. is a National Banking Association that has undergone several name changes over the years, from Mercantil Commercebank N.A., to Mercantil Bank N.A., to Amerant Bank N.A.

2. On October 24, 2020, the Defendant, CABLE & DATA MANAGEMENT, INC. executed and delivered a Promissory Note , Security Agreement, and Loan Agreement for the amount $34,990.00 to Plaintiff

3. The Defendant, CABLE & DATA MANAGEMENT, INC. failed to pay the monthly payments due on March 22, 2022 and for all subsequent months thereafter

4. No Notice of Default was required to be sent to the Defendant under the terms of the Business Loan Agreement

CFN: 20230703077 BOOK 33909 PAGE 3579

5. On October 2, 2020, the Defendant, CABLE & DATA MANAGEMENT, INC. executed and delivered a Promissory Note, Security Agreement and Loan Agreement for the amount $28,800.00 to Plaintiff

6. The Defendant, CABLE & DATA MANAGEMENT, INC. failed to pay the monthly payments due on June 2, 2022 and for all subsequent months thereafter

7. No Notice of Default was required to be sent to the Defendant under the terms of the Promissory Note

8. The Plaintiff, MERCANTIL COMMERCEBANK N.A. N/K/A AMERANT BANK N.A., declares the full amount payable under the Promissory Note to be due

9. On November 12, 2020, the Defendants . executed and delivered a Promissory Note, Security Agreement and Loan Agreement for the amount $34,995.00 to Plaintiff

10. The Defendant, CABLE & DATA MANAGEMENT, INC. failed to pay the monthly payments due on June 12, 2022 and for all subsequent months thereafter

11. No Notice of Default was required to be sent to the Defendant under the terms of the Promissory Note

12. The Plaintiff, MERCANTIL COMMERCEBANK N.A. N/K/A AMERANT BANK N.A., declares the full amount payable under the Promissory Note

13. JORDANO MACIEL executed and delivered Guaranty for the Performance of the Defendant, CABLE & DATA MANAGEMETN, INC. and is liable for the same sums due and owing.

14. The Plaintiff has provided payoffs and ledgers listing the amounts due which the court found to be accurate and reflecting all the sums due and owing.

15. The Court finds that the Plaintiff was not required to pursue a bad check made by a Third

CFN: 20230703077 BOOK 33909 PAGE 3580

Party to pay the Defendant's outstanding debt

## RULING

16. The Plaintiff, MERCANTIL COMMERCEBANK N.A. N/K/A AMERANT BANK N.A., shall have and recover from the Defendants, CABLE & DATA MANAGEMENT, INC. and JORDANO MACIEL the sum of $97,608.07 which shall bear interest at the rate of 7.69% per year and at the statutory rate thereafter, for all of which let execution issue.

17. The court reserves jurisdiction for the determination of attorney fees and costs.

18. It is further ORDERED AND ADJUDGED that, pursuant to the Florida Rules of civil Procedure 1.560 (c) the judgment debtor(s) shall complete under oath Florida Rule of Civil Procedure Form 1.977, Fact Information Sheet, (attached to Defendant's copy of this judgment), including all required attachments and serve it on the judgment creditor's attorney within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

19. This Court reserves jurisdiction for enforcement of the Judgment and to ensure compliance with its terms.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>29th day of September, 2023</u>.

<u>2022-015734-CA-01 09-29-2023 2:10 PM</u>
Hon. Beatrice Butchko

**CIRCUIT COURT JUDGE**
Electronically Signed

CFN: 20230703077 BOOK 33909 PAGE 3581

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Samir Masri, masrilaw@aol.com
Victor K Rones, law@victorkronespa.com
Victor K Rones, jrones@victorkronespa.com

**Physically Served:**